IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

FILED
CLERK, U.S. DISTRICT COURT
APR 21 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Civil Action No. _____  CV17-3040-ODW(FFMx)
(To be supplied by the court)

__WALTER LEE WILLIAMS_____, Plaintiff,

v.

__UNITED STATES OF AMERICA,_____

et al., _____

_____, Defendant(s).

_____

PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:

   See Page 1a.

Paragraph 3 - Continued from Page 1:

 This is a Civil Rights Action where Plaintiff seeks damages and injunctive relief alleging excessive use of force and the denial of immediate appropriate medical care in violation of the Eighth Amendment to the United States Constitution; and denial of Equal Protection in violation of the Fifth Amendment to the Constitution of the United States. The Plaintiff also alleges the torts of assault and battery, and that of negligence.

 The contents of Plaintiff's Verified Complaint and Verified Affidavit are incorporated by reference as if fully set forth herein.

 Plaintiff was arrested on June 17, 2013. Subsequent to arrest, Plaintiff was incarcerated at the Metropolitan Detention Center, Los Angeles, California ("MDCLA").

 During the period of incarceration at MDCLA, Plaintiff was subjected to excessive use of force and denied immediate and appropriate medical care by MDCLA medical staff in violation of the Eighth Amendment; and Plaintiff was denied Equal Protection in violation of the Fifth Amendment. Other violations of Constitutional rights occurred, as articulated throughout the attached Verified Complaint and the Verified Affidavit.

 Plaintiff was subjected to medical neglect and cruel and unusual punishment resulting from the actions and/or inactions of the herein listed Defendant(s). The medical neglect Plaintiff suffered placed him in danger of the risk of the loss of his life. MDCLA staff (the herein listed Federal Defendant(s)) failed to protect Plaintiff from great bodily harm from Defendant inmate Omar Kevir.

 Facts, circumstances, and specific details of the claims alleged in this Complaint are clearly articulated within Plaintiff's Verified Complaint and Verified Affidavit.

 Plaintiff demands a Jury Trial. Plaintiff also seeks FTCA relief last.

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

See Page 2a.

5. Are you in imminent danger of serious physical injury?

   __X__ Yes ___ No (CHECK ONE). If you answered yes, briefly explain your answer:

   See Page 2b.

6. I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

7. I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on APRIL 17, 2017
(Date)

Walter L. Williams
(Prisoner's Original Signature)

Paragraph 4 - Continued from Page 2:

Assets:

Plaintiff currently does not work at FCI - Englewood.

Rental Property - House - $2,000.00 per month, out of which insurance taxes, lawn care, and maintenance are paid. This money is also used to supplement my mother, whom is 89 years old.

Real Estate - house located at 2319 Portland Street, Los Angles, CA 90009.

IRA - amount unknown

Paragraph 5 - Continued from Page 2:

    I am in fear of injury due to the threat of FCI - Englewood to take away my ambulatory walker. If they do take away my walker, I will be in great risk of falling again, and potentially breking my left femur again. Furthermore, due to lack of proper medical treatment for my eyes here at FCI - Englewood, I fear losing my eyesight.

## AUTHORIZATION

I, **WALTER LEE WILLIAMS**, request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

Prisoner Name (please print): Walter L. Williams

Prisoner Signature: *Walter L. Williams*

## CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: _____

Signature of Authorized Prison Official: _____

Date: _____

```
Please see attached Statement of Trust Fund Account for Certificate
of Prison Official.
```

Date: 04/12/2017
Time: 7:16:22 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

**Start Date:** 10/12/2016
**End Date:** 04/12/2017
**Inmate Reg#:** 65562112
**Account Status:** All
**Institution:** Englewood FCI

I, S. Engstrom, an employee of the Federal Correctional Institution Englewood, Colorado certify that this commissary account statement dated 4/12/17, consisting of 3 page(s) is a true and correct description of Inmate W. Williams, register number 65562-112, prison commissary account activity over the past 6 months

6/12/17
Date

_____
Signature/Title ~ TFS

**RECEIVED ON:**

4/12/17
Date

_____
Inmate's Signature/Register Number
65562-112

Facility: ENG

Page 1

Date: 04/12/2017  
Time: 7:16:22 AM

Facility: ENG

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 65562112 | Living Quarter: | W04-055L |
| Inmate Name: | WILLIAMS, WALTER LEE | Arrived From: | OKL |
| Current Site Name: | Englewood FCI | Transferred To: | |
| Housing Unit: | ENG-W-L | Account Creation Date: | 6/20/2013 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| ENG | 12/17/2016 03:26:16 AM | TX121716 | | Transfer - In from TRUFACS | $814.19 | | $814.19 |
| ENG | 12/18/2016 09:40:02 AM | TFN1218 | | Phone Withdrawal | ($80.00) | | $734.19 |
| ENG | 12/19/2016 07:40:30 AM | 28 | | Sales | ($113.65) | | $620.54 |
| ENG | 12/20/2016 06:47:00 AM | 14 | | Sales | ($12.95) | | $607.59 |
| ENG | 12/29/2016 07:52:53 AM | 44 | | Sales | ($70.45) | | $537.14 |
| ENG | 01/01/2017 11:16:33 AM | TFN0101 | | Phone Withdrawal | ($40.00) | | $497.14 |
| ENG | 01/05/2017 11:49:25 AM | 83 | | Sales | ($30.10) | | $467.04 |
| ENG | 01/18/2017 11:31:02 AM | 94 | | Sales | ($81.05) | | $385.99 |
| ENG | 01/28/2017 08:50:48 PM | TFN0128 | | Phone Withdrawal | ($80.00) | | $305.99 |
| ENG | 01/30/2017 12:03:23 PM | 113 | | Sales | ($101.95) | | $204.04 |
| ENG | 02/03/2017 06:14:39 PM | TFN0203 | | Phone Withdrawal | ($10.00) | | $194.04 |
| ENG | 02/11/2017 03:10:05 PM | TFN0211 | | Phone Withdrawal | ($10.00) | | $184.04 |
| ENG | 02/14/2017 12:30:10 PM | 217 | | Sales | ($83.75) | | $100.29 |
| ENG | 02/14/2017 12:36:16 PM | 218 | | Sales | ($13.00) | | $87.29 |
| ENG | 02/14/2017 06:07:15 PM | TFN0214 | | Phone Withdrawal | ($20.00) | | $67.29 |
| ENG | 02/19/2017 01:07:30 PM | 70127701 | | Lockbox - CD | $400.00 | | $467.29 |
| ENG | 02/19/2017 01:07:32 PM | 70127701 | | Lockbox - CD | $100.00 | | $567.29 |
| ENG | 02/20/2017 12:30:34 PM | TFN0220 | | Phone Withdrawal | ($90.00) | | $477.29 |
| ENG | 02/22/2017 11:43:17 AM | 118 | | Sales | ($25.55) | | $451.74 |
| ENG | 03/06/2017 11:34:58 AM | 103 | | Sales | ($6.00) | | $445.74 |
| ENG | 03/10/2017 05:01:14 AM | 70129101 | | Lockbox - CD | $500.00 | | $945.74 |
| ENG | 03/20/2017 11:04:41 AM | 95 | | Sales | ($125.60) | | $820.14 |
| ENG | 03/22/2017 07:55:12 AM | 29 | | Sales | ($25.70) | | $794.44 |
| ENG | 03/27/2017 08:09:02 AM | 79 | | Sales | ($81.05) | | $713.39 |

Date: 04/12/2017
Time: 7:16:22 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ENG

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 65562112 | Living Quarter: | W04-055L |
| Inmate Name: | WILLIAMS, WALTER LEE | Arrived From: | OKL |
| Current Site Name: | Englewood FCI | Transferred To: | |
| Housing Unit: | ENG-W-L | Account Creation Date: | 6/20/2013 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ENG | 03/28/2017 03:01:22 PM | TFN0328 | | | Phone Withdrawal | ($80.00) | | $633.39 |
| ENG | 03/30/2017 11:47:03 AM | 125 | | | Sales | ($101.05) | | $532.34 |
| ENG | 03/30/2017 11:47:57 AM | 126 | | | Sales | ($0.60) | | $531.74 |
| ENG | 04/10/2017 12:03:19 PM | 101 | | | Sales | ($16.20) | | $515.54 |
| | Total Count: 28 | | | | Totals: | $515.54 | $0.00 | |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ENG | $515.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $515.54 |
| **Totals:** | **$515.54** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$515.54** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance - Prev. 30 Days | Average Balance - Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $2,000.00 | $1,837.40 | $461.03 | $945.74 | $694.73 | N/A | N/A |