WALTER LEE WILLIAMS
Inmate No. - 65562-112
FCI - Englewood
9595 West Quincy Avenue
Littleton, Colorado 80123
**PRO SE REPRESENTATION**



CV17-3040-ODW(FFMx)

AFFIDAVIT: PLAINTIFF'S RECENT HOSPITALIZATION SUBSTANTIALLY DISRUPTED HIS ABILITY TO COMPLETE HIS VERIFIED COMPLAINT

My name is **WALTER LEE WILLIAMS**, I am the Plaintiff in this cause of action, and I am an inmate in Federal custody at FCI - Englewood, Littleton, Colorado. I certify that I have personal knowledge of the facts and information averred to herein. Under penalty of perjury, and to the best of my ability, belief, and knowledge, I do hereby depose, aver, and state the following as true and correct:

1. That since early February, 2016, Plaintiff has been engaged in preparation of his **VERIFIED COMPLAINT**.

2. That on or about August 11, 2016, Plaintiff's ability to continue to prepare his **VERIFIED COMPLAINT** was substantially disrupted.

3. That on or about August 11, 2016, Plaintiff was transferred from FCI - Englewood, and that all of his personal property -- including all legal documents -- was packed by Correctional Officer Ward.

4. That on or about August 26, 2016, Plaintiff arrived at FCI - Butner for medical treatment.

5. That on or about the end of September, 2016, Plaintiff's personal property arrived at FCI - Butner and was returned to Plaintiff.

6. That Plaintiff's legal papers, as written for this **VERIFIED COMPLAINT** were completely mixed up, much like a new deck of cards that had been thoroughly shuffled and the last thirty (30) or so paragraphs were missing.

7. That Plaintiff, while at FCI - Butner, was assigned to, and required to work, the a.m. shift at Food Services; and, that Plaintiff was woken at approximately 3:45 a.m. each work day and required to report to work shortly thereafter.

8. That Plaintiff was required to work at Food Services until approximately 11:30 five (5) days per week.

9. That eye treatments began in October, 2016; and, that the treatments ended on December 9, 2016.

10. That because of the requirement to work, the eye treatments, and the limited ability to go to, or use, the facilities law library -- coupled with Plaintiff's need to sleep -- the ability to continue the preparation of his **VERIFIED COMPLAINT** was substantially disrupted.

11. That on or about December 9, 2016, Plaintiff was again packed-up for transfer.

12. That on or about December 16, 2016, Plaintiff arrived back at FCI - englewood.

13. That on or about December 22, 2016, Plaintiff received his personal property.

13. That immediately after receiving his personal property, Plaintiff resumed preparation of his **VERIFIED COMPLAINT.**

14. Pursuant to 28 U.S.C. §1746 and 18 U.S.C. §1621, I, **WALTER LEE WILLIAMS**, the undersigned Plaintiff in the above referenced action, do hereby aver, under penalty of perjury, that the information contained herein is

true and correct to the best of my ability, belief, and knowledge.

**FURTHER AFFIANT SAYETH NAUGHT.**

**EXECUTED ON THIS** _11_ day of _April_, 2017, at FCI – Englewood, Littleton, Colorado.

_/s/ Walter L. Williams_
Walter L. Williams
Inmate No. 65562-112
FCI – Englewood
9595 West Quincy Avenue
Littleton, Colorado 80123
303-763-4300
**PRO SE REPRESENTATION**

---

SUBSCRIBED AND SWORN TO BEFORE ME on this _11th_ day of _April_, 2017, at FCI – Englewood, Littleton, Colorado.

(SEAL)
AMANDA L. VARGAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104003392
MY COMMISSION EXPIRES FEBRUARY 17, 2018

_/s/ Amanda L. Vargas_
Notary Public,
State of Colorado

3