IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

FILED
CLERK, U.S. DISTRICT COURT
NOV 2 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

WALTER LEE WILLIAMS,
    - Plaintiff,

vs.

UNITED STATES OF AMERICA,
et al.,
    - Defendants.

CASE NO. CV 17-3040 ODW (FFM)

NOTICE OF CHANGE OF ADDRESS

COMES NOW, before this Honorable Court, **WALTER LEE WILLIAMS, pro se** Plaintiff, and respectfully files this Notice of Change of Address with this Court. Plaintiff's new address is:

    Walter L. Williams
    1932 Barona Road
    Palm Springs, CA 92264

**WHEREFORE**, based on the above, Plaintiff Williams requests that this Honorable Court direct the Clerk to note his change of address as indicated above for the record in this case,

Respectfully submitted on this 27 day of October, 2017.

_/s/ Walter L. Williams_
Walter L. Williams
Inmate No. - 65562-112
Las Vegas Community Correction Center
2901 Industrial Road
Las Vegas, NV 89109
**PRO SE REPRESENTATION**