# CERTIFICATE OF SERVICE BY MAIL

I am over the age of 18 and not a party to the referenced action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On **January 22, 2018** I served REPLY IN SUPPORT OF DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS PLAINTIFF'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, TO QUASH SERVICE OR PROCESS on each person or entity named below by enclosing a copy in an envelope with postage fully prepaid, and placing said envelope in the United States mail at Los Angeles, California. The envelope was addressed as follows

> Walter Lee Williams
> Reg 65562-112
> 1932 Barona Road
> Palm Springs, CA 92264

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: **January 22, 2018**, at Los Angeles, California.

DATED: January 22, 2018              __/s/ Louisa Lin_____
                                                              LOUISA LIN